No. ——. McAbee et al. v. Martinez et al. D. C. Md. Application for injunctive relief presented to The Chief Justice, and by him referred to the Court, denied. *Peter R. Sherman* for applicants.

October 17, 1968.

No. 526. Tillamook Cheese & Dairy Assn. v. State Department of Agriculture. Sup. Ct. Ore. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Edwin J. Peterson* for petitioner. *Robert Y. Thornton,* Attorney General of Oregon, and *Harold E. Burke,* Assistant Attorney General, for respondent.